Art of Healing Medicine, P.C., as Assignee of JAMES DORSAINVIL, Appellant,
against
Allstate Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County




(Ulysses Bernard Leverett, J.), entered February 10, 2015. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.
ORDERED that the order is modified by providing that defendant's cross motion for summary judgment dismissing the complaint is denied; as so modified, the order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.
For the reasons stated in Art of Healing Medicine, P.C., as Assignee of James Dorsainvil v Allstate Ins. Co. (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2014-2501 Q C], decided herewith), the order is modified by providing that defendant's cross motion for summary judgment dismissing the complaint is denied.
Weston, J.P., Aliotta and Elliot, JJ., concur.
Decision Date: November 17, 2016